| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

AUGUST HOLLAND, §
　　　　§
　　Plaintiff, §
　　　　§
*versus* § CIVIL ACTION NO. 1:07-CV-477
　　　　§
THERESA TURNER, *et al.*, §
　　　　§
　　Defendants. §

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff August Holland, an inmate formerly confined at the Holliday Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Theresa Turner and Charlotte Wilson.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed as frivolous and for failing to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 7th day of November, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE