| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

AUGUST HOLLAND, §
　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:07-CV-477
　　　　　　　　　　　　　　　§
THERESA TURNER, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## MEMORANDUM OPINION AND ORDER

Plaintiff August Holland, an inmate confined at the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against Theresa Turner and Charlotte Wilson

### Discussion

A final judgment was entered in the above-styled action, dismissing plaintiff's lawsuit. Plaintiff has filed a motion for reconsideration (docket entry #11). This memorandum considers such motion.

### Analysis

Rule 60(b), FED. R. CIV. P. provides in pertinent part:

On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud …, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

Plaintiff asserts that he seeks injunctive and declaratory relief. However, in his original complaint, plaintiff sought monetary damages in the amount of $300,000.00. As set forth in the Report adopted in this case, plaintiff's claim for monetary damages is barred under *Heck*. *See Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994); *Rogers v. Department of Corrections*, 263 F.3d 163, at \*1 (5th Cir. 2001).

After careful consideration, the court concludes that plaintiff's motion fails to set forth a meritorious reason warranting reconsideration of the court's judgment. Accordingly, the motion should be denied.

**ORDER**

For the reasons set forth above, plaintiff's motion for reconsideration should be denied. It is therefore,

**ORDERED** that plaintiff's motion for relief from judgment is **DENIED**.

SIGNED at Sherman, Texas, this 10th day of September, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE